IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:17-CV-287 |
| | § | |
| 2013 BMW 650i | § | |
| VIN: WBAYM9C59DDW20229 | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This case is assigned to the Honorable Zack Hawthorn, United States Magistrate Judge, for pre-trial management. On November 20, 2017, Judge Hawthorn entered a report (Doc. No. 9) recommending the court grant the Government Plaintiff's "Motion for Default Judgment" (Doc. No. 6) and enter a default judgment, granting forfeiture as to all claimants and potential claimants. No objections have been filed to the magistrate judge's report and recommendation.

It is, therefore, **ORDERED** that the magistrate judge's "Report and Recommendation" (Doc. No. 9) is **ADOPTED**, and the Government Plaintiff's "Motion for Default Judgment" (Doc. No. 6) is **GRANTED**.

A final judgment will be entered separately.

**SIGNED** this the 9 day of **January, 2018.**

_____
Thad Heartfield
United States District Judge